DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| | | | |
|---|---|---|---|
| 021PA13 | The Glens of Ironduff Property Owners Association, Inc. v. John E. Daly and Constance V. Daly | Motion to Withdraw as Counsel | Denied **10/14/2013** |
| 024PA12 | Dewey D. Mehaffey, Employee v. Burger King, Employer and Liberty Mutual Group, Carrier | Plt's Motion to Amend New Brief | Allowed<br><br>**Beasley, J., recused** |
| 050P12-2 | Ovarias Verdad Criego-El v. Director Mr. John W. Smith, Sr., Resident Judge Mr. W. Allen Cobb, Jr., District Attorney Connie Jordan, Clerk(s) for New Hanover County Superior Court District No. 5 | 1. Plt's *Pro Se* Motion for Judicial Notice<br><br>2. Plt's *Pro Se* Motion for Notice of Default | 1. Dismissed<br><br>2. Dismissed |
| 096P13 | State v. Kendall Carpenter | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Guilford County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |